■ NEW YORK CITY HOUSING AUTHORITY, Appellant, v STARR INDEMNITY & LIABILITY COMPANY et al., Respondents, et al., Defendants. [30 NYS3d 867]—

Order, Supreme Court, New York County (Ellen M. Coin, J.), entered on or about April 21, 2015, which, to the extent appealed from as limited by the briefs, denied plaintiff's motion to strike certain language in defendant insurers' discovery demands and to limit the scope of those demands, unanimously affirmed, without costs.

The motion court providently exercised its discretion in denying plaintiff's motion to strike certain parts of defendants' discovery demands and to limit the scope of its own preliminary conference order (*see e.g. Reyes v Riverside Park Community [Stage I], Inc.*, 47 AD3d 599 [1st Dept 2008]). The information defendants seek is material and necessary to the defense of this action (*see e.g. Johnson v National R. R. Passenger Corp.*, 83 AD2d 916 [1st Dept 1981]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Kapnick, JJ.